**Alema Akemi PENDER, Respondent,**

v.

**Sharlie PENDER, Appellant.**

**No. WD 38321.**

Missouri Court of Appeals,
Western District.

May 19, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

Andrea Rolfingsmeier, Mission, Kan., for appellant.

Gina Graham, Cochran, Tyree, Oswald, Barton & McDonald, P.C., Blue Springs, for respondent.

Before LOWENSTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

PER CURIAM.

**ORDER**

Appeal from decree of dissolution of marriage of the parties.

Judgment affirmed. Rule 84.16(b).